IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 31 2006

LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

J.W. LEDFORD, JR.,

    Petitioner,

v.

FREDRICK HEAD, Warden, Georgia Diagnostic and Classification Prison,

    Respondent.

CIVIL ACTION NO.
1:02-CV-1515-JEC

### O R D E R

In its Order denying Petitioner's Motion for Leave to Conduct Discovery and Authorization and Payment of Necessary Expert Services [30], the Court requested briefing from the parties on the issue of whether the state habeas court provided petitioner a full and fair hearing on his mental health claims. (Order [30] at 8-9.) The Court further indicated that if it finds that petitioner was denied a full and fair hearing, it will allow the petitioner an evidentiary hearing on this issue, and that only then would the Court address the other arguments raised by the parties.

Accordingly, the Court sets forth the following schedule for briefing on the full and fair hearing issue: Petitioner's brief is due thirty (30) days from the date of this Order, on **Wednesday, March**

AO 72A
(Rev.8/82)

1, 2006. Respondent will have **thirty (30) days** to file a response, which is due on **Friday, March 31, 2006.** Petitioner then will have fifteen (15) days to file a reply, which is due on **Monday, April 17, 2006.** These briefs should address the specific issue whether the state habeas court provided petitioner a full and fair hearing on the issue of his mental health status.

SO ORDERED, this 31 day of January, 2006.

*Julie Carnes*
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)